UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| WILMER ALEXSANDER CARBAJAL-MERCADO,<br><br>Petitioner,<br><br>v.<br><br>JASON KNIGHT, *et al.*,<br><br>Respondents. | **Order Granting Emergency Motion to Stay Transfer During Pendency of Petition**<br><br>Case No. 26-cv-00175 |

For the reasons stated in Petitioner's Emergency Motion to Stay Transfer During Pendency of Petition, the court GRANTS the motion.

This court has "inherent power to preserve its ability to hear the case." *Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025). To preserve this court's jurisdiction over the pending petition and to ensure Petitioner has adequate access to counsel, the court hereby ORDERS that Respondents shall not move Petitioner to a facility that is outside the jurisdiction of the Utah immigration court or deport him while the § 2241 petition is pending.

SO ORDERED this 1st day of October 2026.

Dale A. Kimball

United States District Court Judge